JUDGMENT AND COMMITMENT ORDER
IN THE CIRCUIT COURT OF PULASKI, ARKANSAS
SIXTH DISTRICT 5TH-HON W. PROCTOR JR

**-C5**

On __/14/05__ the Defendant appeared before the Court FILED was advised of the nature of the charge(s), of constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing. The Court made the following findings:

DEFENDANT'S FULL NAME: DOMINIC SESSION         DOCKET #: CR 2005 002777
DATE OF BIRTH: ▮▮▮▮▮▮▮▮▮▮                     MICRO
RACE: BLACK
SEX: M
ARREST TRACKING #: 00000000
CID #: 0000000                                 6  LANCE SULLENBERGER
DEFENDANT'S ATTORNEY: PUBLIC DEFENDER'S OFFICE
PROSECUTING ATTORNEY OR DEPUTY: BART DICKINSON
CHANGE OF VENUE FROM:
Defendant was represented by ___private counsel  ___appointed counsel
                              _X_public defender  ___himself/herself
Defendant made a voluntary, knowing and intelligent waiver of the right to counsel: ___Yes _X_No
There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.O.C.) for the term specified on each offense shown below:

TOTAL NUMBER OF OFFENSES: 1

Offense #1
A.C.A. # of Offense: 512102FB
Name of Offense: ROBBERY
Seriousness Level of Offense: __7__
Criminal History Score: __0__
Presumptive Sentence: __Pr 42 AS__
Sentence is a departure from the sentencing grid. _X_Yes ___No.
Offense is a _X_felony___, ___misdemeanor.
Classification of offense. A _X_B __C __D __U __Y
Sentence imposed: __180__ months.
Suspended imposition of sentence: __∅__ months.
Defendant was sentenced as an Habitual Offender under A.C.A. 5-4-501, Subsection _M_(a) ~~(b)~~ ~~(c)~~ ~~(d)~~.
Sentence was enhanced by A.C.A. _M_____.
Defendant _M_attempted _M_solicited _M_conspired to commit the offense.
Offense date: June 18, 2005
Docket #: CR 2005 002777
Number of counts: 1
Defendant was on _NO_probation _NO_parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence. ___Yes _X_No.
Victim of the offense was ___under _X_over the age of 18 years
Defendant voluntarily, intelligently, and knowingly entered a
_X_negotiated plea of guilty.
___plea directly to the court of nolo contendere.
___pled guilty directly to the court.
Defendant
___entered a plea as shown above and was sentenced by a jury.
___was found guilty of said charge(s) by the court.
___was found guilty at a jury trial.

GOVERNMENT EXHIBIT 1

Offense #2
A.C.A. # of Offense: THEFT OF PROPERTY
Name of Offense: 536103FC
Seriousness Level of Offense: _____
Criminal History Score: _____
Presumptive Sentence: _____
Sentence is a departure from the sentencing grid. __✓__Yes ____No.
Offense is a ____felony____misdemeanor.
Classification of offense. __A__ __B__ __C__ __D__ __U__ __✓__Y
Sentence imposed: _____ months.
Suspended imposition of sentence: _____ months.
Defendant was sentenced as an Habitual Offender under A.C.A. 5-4-501, Subsection ___(a) ___(b) ___(c) ___(d).
Sentenced was enhanced by A.C.A. _____.
Defendant ____attempted ____solicited ____conspired to commit the offense.
Offense date: June 18, 2005
Docket #: CR 2005 002777
Number of counts: 1
Defendant was on ____probation ____parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence. ____Yes ____No.
Victim of the offense was ____under ____over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
____negotiated plea of guilty.
____plea directly to the court of nolo contendere.
____pled guilty directly to the court.
Defendant
____entered a plea as shown above and was sentenced by a jury.
____was found guilty of said charge(s) by the court.
____was found guilty at a jury trial.

[handwritten across: Nolle Prossed]

---

DOCKET #: CR 2005 002777
Indicate which sentences are to run consecutively/concurrent:
Death Penalty: NA  Execution Date: NA
Total time to serve on all offenses listed above: __180__ months.
Time is to be served at: _X_Department of Correction ____Regional Punishment Facility ____Pulaski County Regional Detention Facility.
Jail time credit: 180 days.

The Defendant was convicted of a target offense under the Community Punishment Act. The Court hereby orders that the Defendant be judicially transferred to The Department of Community Punishment (D.C.P.). NO Yes
Failure to meet the criteria or violation of the rules of the D.C.P. could result in transfer to the A.D.O.C.

Fines $SC [K Ø                Court Cost $SC [K Ø
A judgment of restitution is hereby entered against the Defendant in the amount and terms as shown below:
Amount $SC [K Ø             Due immediately Ø    Installments of:
Payment to be made to:

If multiple beneficiaries, give names and show payment priority:

Defendant is a Sex or Child Offender as defined in A.C.A. 12-12-903, and is ordered to complete the Sex Offender Registration Form: ____Yes _X_No.
Defendant is alleged to be a Sexually Violent Predator, and is ordered to undergo evaluation at a facility designated by the Department of Correction pursuant to A.C.A. 12-12-918: ____Yes _X_No.
Defendant was adjudicated guilty of a sex offense, a violent offense, residential burglary, commercial burglary, or a repeat offense (as defined in A.C.A. 12-12-1103), and is ordered to have a DNA sample drawn at:
____ a D.C.P. facility _X_the A.D.O.C. or _____(other): _X_Yes____No.
Defendant was informed of the right to appeal: ____Yes _X_No.
Appeal Bond: $ NA

The County Sheriff is hereby ordered to transport the Defendant to _X_ the Arkansas Department of Correction ___ Regional Punishment Facility ___ Pulaski County Regional Detention Facility.

---

The short report of circumstances attached hereto is approved.
Date: December 14, 2005
    Circuit Judge: 5TH-HON W. PROCTOR JR   Signature: _[signature]_
Document prepared by: _[signature]_

I certify this is a true and correct record of this Court.

Date: December 14, 2005 Circuit Clerk/Deputy: _[signature]_

[Seal of the Circuit Court, Arkansas]