# CRIMINAL INFORMATION
## IN THE CIRCUIT COURT OF LINCOLN COUNTY, ARKANSAS
## ELEVENTH WEST JUDICIAL DISTRICT, SECOND DIVISION

This criminal information cover sheet or the standard criminal information form is required by Supreme Court Administration Order Number 8 to be completed for every defendant and filed by the prosecutor. The data contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court rule.

| County | LINCOLN | District | 11 WEST | Case Number | LCR-2007- 2-2 |
|---|---|---|---|---|---|
| Judge | ROBERT H. WYATT, JR. | Division | SECOND | Filing Date | January 18, 2007 |

Style of Case **State of Arkansas v. Dominic Session**

Prosecutor Providing Information: Stevan B. Dalrymple

| | | | |
|---|---|---|---|
| Is This an Amended Information | ☐ Yes | Is D being charges as a Habitual? | ☐ Yes |
| If Yes, are you | | Are multiple D's Charged in the Information? | X Yes |
| Adding Offense(s)? | ☐ Yes | | |
| Dropping Offense(s)? | ☐ Yes | | |
| Changing Offense(s)? | ☐ Yes | | |

CO-Defendants: Andrew Minor, Adrian West, Christopher Smith

| Defendant's Full Name | Date of Birth | Race | Sex | SID# | Arrest Date |
|---|---|---|---|---|---|
| Dominic Session | [redacted] | B | Male | | |

| Address (Street, City, State, Zip) | SS# | Driver's License No. |
|---|---|---|
| Arkansas Department of Corrections Varner Unit | Arrest Tracking # <br> 0 | Prosecutor's File <br> 25091 |

**KNOWN ALAISES:**
**NOT AVAILABLE**

The attached information accuses the above named defendant of the following crime(s):

| Code # | Offense | A/C/S | Offense Date | Counts | F/M | Class |
|---|---|---|---|---|---|---|
| 5-13-202 | BATTERY - II | | 6/7/2006 | 1 | F | D |

FILED

JAN 18 2007

VERA REYNOLDS, CIRCUIT CLERK
LINCOLN COUNTY, ARKANSAS

INFORMATION M, PAGE 480



GOVERNMENT EXHIBIT 2

IN THE CIRCUIT COURT OF LINCOLN COUNTY, ARKANSAS

STATE OF ARKANSAS                                                          PLAINTIFF

V.                          NO. LCR-2007- 2-2

DOMINIC SESSION                                                            DEFENDANT

## INFORMATION

Comes the Prosecuting Attorney for LINCOLN County, Arkansas, and in the name and by the authority of the State of Arkansas, charges **Dominic Session** with the crime(s) of **BATTERY - II** as follows:

**COUNT 1: BATTERY - II ARK. CODE ANN. § 5-13-202.** The said defendant in LINCOLN COUNTY, did unlawfully and feloniously on or about 6/7/2006.

intentionally or knowingly without legal justification cause physical injury to Jimmy Fleetwood, whom he knew to be an employee of a correctional facility, the correctional facility employee was acting in the line of duty,

against the peace and dignity of the State of Arkansas.

STEVAN B. DALRYMPLE
PROSECUTING ATTORNEY

DEPUTY PROSECUTING ATTORNEY

Subscribed and sworn before me this 18th day of January 2007.

VERA REYNOLDS, CIRCUIT CLERK

BY: _____
CIRCUIT CLERK

## ORDER
Issue Bench Warrant and follow the below mentioned terms for release:

**BAIL**

Defendant #4     Execution of a bond in the amount of $10,000 secured by deposit of the full amount in cash, or by other property or by obligation of qualified securities

IT IS SO ORDERED.

This 10TH day of January 2007.

CIRCUIT JUDGE

FILED
JAN 1 8 2007
VERA REYNOLDS, CIRCUIT CLERK
LINCOLN COUNTY, ARKANSAS

481

Defendant's Full Name: **DOMINIC SESSION**

JUDGMENT AND COMMITMENT ORDER
IN THE CIRCUIT COURT OF LINCOLN COUNTY, ARKANSAS
ELEVENTH-WEST JUDICIAL DISTRICT SECOND DIVISION

On **AUGUST 7, 2007** the Defendant appeared before the Court, was advised of the nature of the charge(s), of constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing. The Court made the following findings:

| | | |
|---|---|---|
| DEFENDANTS FULL NAME: | **DOMINIC SESSION** | LCR-2007-2-2 |
| DATE OF BIRTH: | | |
| RACE: | **BLACK** | |
| SEX: | **MALE** | |
| SID #: | | |
| DEFENDANT'S ATTORNEY: | **DON WARREN** | |
| PROSECUTING ATTORNEY OR DEPUTY: | **PHILLIP GREEN** | |

Defendant was represented by ____ private counsel    **XX** appointed counsel
                             ____ public defender           ____ himself/herself

Defendant made a voluntary, knowing and intelligent waiver of the right to counsel: ____ Yes **XX** No

There being no legal cause shown by the defendant, as requested, why judgment should not be pronounced, a judgment of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A. D. O. C.) for the term specified on each offense shown below:

TOTAL NUMBER OF COUNTS:    **ONE (1)**

Offense # 1:                                                                 Docket #: LCR-2007-2-2
                                                                             Arrest Tracking #:

A.C.A. # of Offense:                  05-13-202
Name of Offense:                      **BATTERY 2ND DEGREE**
Seriousness Level of Offense:         4
Criminal History Score:               1
Presumptive Sentence:                 **PEN 18**
Sentence is a departure from the sentencing grid. ____ Yes **XX** No.
Offense is a **XX** felony ____ misdemeanor.
Classification of offense: ____ A ____ B ____ C **XX** D ____ U ____ Y
Sentence Imposed: **18** months. **TO RUN CC/WITH EACH OTHER & WITH PRESENT SENTENCE.**
Suspended imposition of sentence: ____ months.
Defendant was sentenced as an Habitual Offender und A.C.A. 5-4-501, Subsection ____ (A) ____ (B) ____ (C) ____ (D)
Sentence was enhanced by A.C.A.
Defendant ____ attempted ____ solicited ____ conspired to commit the offense.
Offense date:                         06/7/2006
Number of counts:                     **ONE (1)**
Defendant was on ____ probation ____ parole at time of conviction.
Commitment of this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence.
____ Yes **XX** No.
Victim of the offense was ____ under **XX** over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
        **XX** negotiated plea of guilty
        ____ plea directly to the court of guilty or nolo contendere.
Defendant:
        ____ entered a plea as shown above and was sentenced by a jury.
        ____ was found guilty of said charge(s) by the court, and sentenced by ____ the court ____ a jury.
        ____ was found guilty at a jury trial, and sentenced by ____ the court ____ a jury.

FILED
AUG 2 3 2007

VERA[...]
LI[...]

Page 1 of 3
Circuit 35, Page 201

Defendant's full name: **DOMINIC SESSION**

202

Indicate which sentences are to run consecutively:
Death Penalty: _____ Execution Date: _____
Total time to serve on all offenses listed above: __18__ months.
Time to be served at: __XX__ Department of Correction _____ Regional Punishment Facility.
Jail Time Credit: _____ days

The Defendant was convicted of a target offense under the Community Punishment Act. The court hereby orders that the Defendant be judicially transferred to the Department of Community Punishment (D.C.P.) _____ Yes _____ No
Failure to meet the criteria or violation of the rules of the D.C.P. could result in transfer to the A.D.O.C.
Fines $_____            Court Costs $_____
A judgment of restitution is hereby entered against the Defendant in the amount and terms as shown below:
Amount $_____            _____ Due immediately            _____ Installments of:
Payment to be made to:
If multiple beneficiaries, give names and show payment priority:

Defendant is a Sex or Child Offender as defined in A.C.A. 12-12-903, and is ordered to complete the Sex Offender Registration Form:
_____ Yes            _____ No
Defendant is alleged to be a Sexually Violent Predator, and is ordered to undergo an evaluation at a facility designated by the Department of Correction pursuant to A.C.A. 12-12-918: _____ Yes _____ No
Defendant was adjudicated guilty of sex offense, a violent offense, or a repeat offense (as defined in A.C.A. 12-12-1103), and is ordered to have a DNA sample drawn at:
_____ a D.C.P. facility __XX__ the A.D.O.C. or _____ (other): __XX__ Yes _____ No.
Defendant was informed of the right to appeal: _____ Yes _____ No.
Appeal Bond: $_____
The County Sheriff is hereby ordered to transport the Defendant to __XX__ the Arkansas Department of Correction _____ Regional Punishment Facility.

The short report of circumstances attached hereto is approved.

Date: 8/13/2007      Circuit Judge: **Robert H. Wyatt, Jr.**      Signature: _____

I certify this is a true and correct record of this Court.

Date:                                          Circuit Clerk/Deputy:

(SEAL)

Form Revised 4/00

## PROSECUTOR'S SHORT REPORT OF CIRCUMSTANCES

This information is provided pursuant to A.C.A § 12-27-113 (C) (1) & (2) (Supp.1993).

Defendant's Name **DOMINIC SESSION**  SID#

Circuit Court Case # **LCR-2007-2-2**   County **LINCOLN**

I. SUMMARY OF THE FACTS:

II. FACTORS:

| AGGRAVATING | MITIGATING |
|---|---|
| ( ) Production or use of any weapon during the Criminal episode. | ( ) Victim(s) provoked the crime to substantial degree or other evidence that misconduct by victim contributed to the criminal episode. |
| (X) Threat or violence toward witnesss(es) or victim(s) | ( ) Cooperation with criminal justice agencies in resolution or other criminal activity. |
| ( ) Defendant knew or had reason to know the victims were particularly vulnerable (aged, handicapped, Very young, etc.) | ( ) Effort to make restitution or reparation(particularly before required to do so by sentencing). |
| ( ) Ability to make restitution, reparation or return Property and failed to do so. | ( ) Degree of property loss, personal injury or Threatened personal injury substantially less than Characteristic for the crime. |
| ( ) Violation of position of public trust or recognized Professional ethics. | ( ) Special effort on part of perpetrator to minimize the harm or risk. |
| ( ) Degree of property loss, personal injury or threatened personal injury substantially greater than characteristic for the crime. | ( ) Peripheral involvement in criminal episode (e.g., passive accessory). |
| ( ) There is a single conviction for a crime involving multiple victims or incidents. | ( ) Evidence of withdrawal, duress, necessity or lack of s of sustained criminal intent or diminished mental capacity (e.g., mental retardation) which is Insufficient to constitute a defense but is indicative of reduced culpability. |
| ( ) Defendant on probation or parole at the time of the crime. | |
| ( ) Persistent involvement in similar criminal offenses. | ( ) No prior parole or probation difficulty. |
| ( ) Repetition of behavior pattern which contributes to Criminal conduct, e.g., return to drug or alcohol Abuse. | ( ) Efforts to deal with problems associated with past criminal conduct. |
| ( ) Prior record of similar offenses. | ( ) No, or minimal, prior record. |
| ( ) Serious prior record | ( ) Other: |
| ( ) Pursuant to a Guilty or No Contest plea, other Crimes were dismissed or not prosecuted. | |
| ( ) New criminal activity while on pretrial release. | |
| (X) Persistent criminal misconduct while under super-Vision. | |
| ( ) Efforts to conceal crime. | |
| ( ) Other: | |

SIGNED _____  SIGNED _____
Circuit Judge                                         Prosecuting Attorney or Deputy

Page 3 of 3

203