# SENTENCING ORDER

IN THE CIRCUIT COURT OF **Pulaski** COUNTY, ARKANSAS, **6th** JUDICIAL DISTRICT **7th** DIVISION
On **8-23-12** the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Court Info

Judge: **Hon. Barry Sims**
Prosecuting Attorney/Deputy: **Kym Davis**
Defendant's Attorney: **F. Padilla**  ☐ Private  ☒ Public Defender  ☐ Appointed  ☐ Pro Se
Change of Venue ☐ Yes ☒ No   If yes, from:

File Stamp:
FILED 08/27/12 14:14:20
Larry Crane Pulaski Circuit Clerk
60CR-11-4043   601-60100043740-016
STATE V DOMINIC D SESSION   4 Pages
PULASKI CO   08/27/2012 02:14 PM
CIRCUIT COURT   JJ05

## Legal Statements

Pursuant to A.C.A. ☐ §§16-93-301 et seq., ☐ §§5-64-413 et seq., or ☐ _____
☐ finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings on probation.

☐ There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, judgment is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☒ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ☒ No

## Offender

Defendant [Last, First, MI]: **Session, Dominic, D.**
DOB: [redacted]
Sex: ☒ Male ☐ Female
Total Number of Counts: **2**
SID #: [redacted]
Race & Ethnicity: ☐ White ☒ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic
Supervision Status at Time of Offense:

## Offense #1: Most Serious Offense

A.C.A. # of Offense / Name of Offense: **5-39-201   Res. Burglary**
Case #: **2011-4043**
A.C.A. # of Original Charged Offense: **Same**
ATN: **unknown**
Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted
Offense Date: **10-12-11**
Appeal from District Court ☐ Yes ☒ No
Probation/SIS Revocation ☐ Yes ☒ No
Criminal History Score: **1**
Seriousness Level: **6**
Offense is ☒ Felony ☐ Misd.
Offense Classification ☐ Y ☐ A ☒ B ☐ C ☐ D ☐ U
Presumptive Sentence ☒ Prison Sentence of **42** months ☒ Community Corrections Center ☒ Alternative Sanction
Number of Counts: **1**
Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense

Defendant Sentence* (See page 2)
Imposed ☒ ADC ☐ Jud. Tran. ☐ County Jail  **72** months
Probation _____ months
SIS _____ months
Other ☐ Life ☐ LWOP ☐ Death

If probation accompanied by period of confinement, state time: _____ days or _____ months.
Sentence was enhanced _____ months, pursuant to A.C.A. § _____
Enhancement is to run: ☐ Concurrent ☐ Consecutive.
Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

Victim Info # (See page 2) ☐ N/A (Multiple Victims ☐ Yes ☐ No)
Age: **35**
Sex: ☒ Male ☐ Female
Race & Ethnicity: ☐ White ☒ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently, and knowingly entered a
☒ negotiated plea of ☒ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., ☐ §§5-64-413 et seq., or ☐ other _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

Sentence is a Departure ☐ Yes ☐ No   Sentence Departure is ☐ Aggravated or ☐ Mitigated
If departure, state how many months above/below the Presumptive Sentence _____
Departure Reasons (See page 2 for a list): Aggravating _____ or Mitigating _____ For A.G. #16 of MTC #10 or of departure from guidelines please explain: **defendant on parole**

Sentence will run: ☐ Consecutive ☒ Concurrent to Offense # **2** and/or Case # **12-1752**

GOVERNMENT EXHIBIT 3

Defendant's Full Name: Session, Dominic, D.

| Reasons for Departure (Please see complete list of departure criteria found at A.C.A. §16-90-804) ||
|---|---|
| **Aggravating** | **Mitigating** |
| 1. Offender's conduct manifested extreme cruelty during commission of current offense. | 1. Victim played an aggressive role or provoked the incident or was a willing participant. |
| 2. Offender knew victim vulnerable due to extreme youth, advanced age, disability or ill health. | 2. Offender lacked capacity of judgment due to mental or physical impairment. |
| 3. Offense was major economic offense established by one of the following criteria: (a) multiple victims/incidents, (b) monetary loss substantially greater than typical, (c) degree of sophistication or time, (d) misuse of fiduciary duty, or (e) other similar conduct. | 3. Offender played a minor or passive role in crime. |
| | 4. Offender compensated/made effort to compensate for damage or injury before detection. |
| 4. Offense was major controlled substance offense if two or more of the following are present: (a) Three or more separate transactions involve sale, transfer or possession with intent; (b) Amounts substantially larger than the statutory minimums which define the offense; (c) Offense involved a high degree of planning or lengthy period or broad geographic area; (d) Offender occupied a high position in the drug distribution hierarchy; (e) Offender misused position of trust or status or fiduciary duty to facilitate commission; (f) Offender has received substantial income or resources from drug trafficking. | 5. Offender was lesser participant showing caution/concern for safety or well-being of victim. |
| | 6. Offender acted in response to continuing physical/sexual abuse by victim. |
| | 7. Policy on multiple offenses in single course of conduct in offender's prior criminal history results in sentence which is excessive for this offense. |
| | 8. Offender voluntarily admitted sexual offense and sought treatment before detection. |
| 5. Offender employed firearm in furtherance or flight unless such use is element of offense | 9. Offender made effort to provide assistance in investigation or prosecution of another as indicated by motion of state (can weigh timeliness of assistance, nature and extent of assistance, and truthfulness, completeness, and demonstrable reliability of info or testimony). |
| 6. Offense was sexual offense and part of pattern with the same or different victims under eighteen | |
| 7. Policy on multiple offenses in a single course of conduct in offender's prior criminal history results in a sentence that is clearly too lenient. | 10. Other |
| 8. Offense was committed in manner that exposed risk of injury to others. | |
| 9. Offense was a violent or sexual offense committed in victim's zone of privacy. | |
| 10. Offender attempted to cover offense by intimidation of witnesses, tampering of evidence, or misleading authorities. | |
| 11. Offense committed to avoid arrest or effect escape. | |
| 12. Offender lacks minimum insurance in a vehicular homicide. | |
| 13. Statutory minimum sentence overrides the presumptive sentence. | |
| (14.) Multiple concurrent sentences being entered at this time require a higher sentence | |
| 15. Sentence is higher as a result of other charges being dropped or merged. | |
| (16.) Other | |

NOTE:

* **Defendant Sentence.** "Imposed ADC" means incarceration in an Arkansas Department of Correction facility. "Imposed Judicial Transfer" means incarceration in a Department of Community Correction Center. "Imposed County Jail" means incarceration in a county jail facility. Indicate in months the total time the Defendant was sentenced to a term of incarceration. DO NOT INCLUDE TIME FOR SIS.

\# **Victim Info.** For more than one victim, please use the "Additional Victim Information" page to disclose additional victim demographics. If there is no victim, check not applicable.

Defendant's Full Name: Session, Dominic, D.

| Field | Value |
|---|---|
| A.C.A. # of Offense / Name of Offense | 5.36.103(b)(3)   Theft of Property |
| Case # | 2011-4043 |
| A.C.A. # of Original Charged Offense | same |
| ATN | unknown |
| Offense was | ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| Offense Date | 10.12.11 |
| Appeal from District Court | ☐ Yes ☒ No |
| Probation/SIS Revocation | ☐ Yes ☒ No |
| Criminal History Score | 1 |
| Seriousness Level | 2 |
| Offense is | ☒ Felony ☐ Misd. |
| Offense Classification | ☐ Y ☐ A ☐ B ☐ C ☒ D ☐ U |
| Presumptive Sentence | ☐ Prison Sentence of ___ months   ☒ Community Corrections Center   ☒ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |

Defendant Sentence* (See page 2)
Imposed ☒ ADC ☐ Jud. Tran. ☐ County Jail
72 months
Probation ___ months
SIS ___ months
Other ☐ Life ☐ LWOP ☐ Death

If probation accompanied by period of confinement, state time: ___ days or ___ months.
Sentence was enhanced ___ months, pursuant to A.C.A. § ___
Enhancement is to run: ☐ Concurrent ☐ Consecutive.
Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐(a) ☐(b) ☐(c) ☐(d)

Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ☐ No]   Age 35   Sex ☒ Male ☐ Female   Race & Ethnicity ☐ White ☒ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently, and knowingly entered a
☒ negotiated plea of ☒ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., ☐ §§5-64-413 et seq., or ☐ other ___
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

Sentence is a Departure: ☐ Yes ☐ No   Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence.
Departure Reason (See page 2 for a list of reasons): Aggravating # ___ or Mitigating # ___ For Agg. #16 or Mit. #10, or if departing from guidelines please explain.

Sentence will run: ☐ Consecutive ☒ Concurrent to Offense # ___ and/or Case # 12-1752

---

| Field | Value |
|---|---|
| A.C.A. # of Offense / Name of Offense | |
| Case # | |
| A.C.A. # of Original Charged Offense | |
| ATN | |
| Offense was | ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| Offense Date | |
| Appeal from District Court | ☐ Yes ☐ No |
| Probation/SIS Revocation | ☐ Yes ☐ No |
| Criminal History Score | |
| Seriousness Level | |
| Offense is | ☐ Felony ☐ Misd. |
| Offense Classification | ☐ Y ☐ A ☐ B ☐ C ☐ D ☐ U |
| Presumptive Sentence | ☐ Prison Sentence of ___ months   ☐ Community Corrections Center   ☐ Alternative Sanction |
| Number of Counts | |
| Defendant | ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |

Defendant Sentence* (See page 2)
Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail
___ months
Probation ___ months
SIS ___ months
Other ☐ Life ☐ LWOP ☐ Death

If probation accompanied by period of confinement, state time: ___ days or ___ months.
Sentence was enhanced ___ months, pursuant to A.C.A. § ___
Enhancement is to run: ☐ Concurrent ☐ Consecutive.
Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐(a) ☐(b) ☐(c) ☐(d)

Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ☐ No]   Age ___   Sex ☐ Male ☐ Female   Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently, and knowingly entered a
☐ negotiated plea of ☐ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., ☐ §§5-64-413 et seq., or ☐ other ___
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

Sentence is a Departure: ☐ Yes ☐ No   Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence.
Departure Reason (See page 2 for a list of reasons): Aggravating # ___ or Mitigating # ___ For Agg. #16 or Mit. #10, or if departing from guidelines please explain.

Sentence will run: ☐ Consecutive ☐ Concurrent to Offense # ___ or Case # ___

Defendant's Full Name: Session, Dominic D

## Special Conditions

### Sex Offenses

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form.
☐ Yes ☒ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903.
☐ Yes ☒ No

Defendant is alleged to be a sexually violent predator and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.
☐ Yes ☒ No

Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ☒ No
If yes, list prior case numbers:

### Domestic Violence Offenses

Defendant has been adjudicated guilty of a domestic-violence related offense.
☐ Yes ☒ No

If no, was defendant originally charged with a domestic-violence related offense? ☐ Yes ☒ No
If yes, state the name of the offense:

If yes to either question, identify the relationship of the victim to the defendant.

### DNA Sample/Qualifying Offense

Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ☒ Yes ☐ No
Defendant is ordered to have a DNA sample drawn at ☐ a D.C.C. facility ☒ the A.D.C. or ☐ other _____

### Drug Crime

Defendant has been convicted of a drug crime, as defined in §12-17-101.
☐ Yes ☒ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $ |
| Fines | $ |
| Booking/Admin Fees ($20) | $ |
| Drug Crime Assessment Fee ($125) | $ |
| DNA Sample Fee ($250) | $ |
| Mandatory Sex Offender Fee ($250) | $ |
| Public Defender User Fee | $ |
| Public Defender Attorney Fee | $ |
| Other (explain) | $ |

Restitution $ N/A
Payable to [If multiple beneficiaries, give names and payment priority]

Terms ☐ Due Immediately
☐ Installments of:
☐ Payments must be made within _____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution
☐ Restitution is joint and several with co-defendant(s) who was found guilty – List name(s) and case number(s)

## Sentence Options

Act 531, §§16-93-1201 et seq.: Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ☐ Yes ☒ No
The Court hereby orders a judicial transfer to the Department of Community Correction. ☐ Yes ☒ No
Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed. ☐ Yes ☒ No

Extended Juvenile Jurisdiction Applied ☐ Yes ☒ No

| JAIL TIME CREDIT | TOTAL TIME TO BE SERVED FOR ALL OFFENSES | Death Penalty | If Yes, State Execution Date: |
|---|---|---|---|
| In days: 204 | In months: 72  ☐ Life  ☐ LWOP | ☐ Yes ☒ No | |

DEFENDANT IS ASSIGNED TO: ☒ ADC ☐ CCC ☐ COUNTY JAIL ☐ PROBATION ☐ SIS ☐ SPECIAL CONDITIONS

Conditions of disposition or probation are attached. ☐ Yes ☒ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ☒ No
A copy of the Prosecutor's Short Report is attached ☒ Yes ☐ No

☐ Defendant has previously failed a drug court program.

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS ☒ Yes ☐ No | Appeal Bond $ N/A

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ☒ transport to ADC
Defendant shall report to DCC probation officer for report date to CCC ☐ Yes ☐ No

## Signature

Prosecuting Attorney/Deputy Signature: [signed]
Date: 8.23.12  Print Name: Kim Davis

Circuit Judge Signature: [signed]
Date: 8/24/12  Print Name: Hon. Barry Sims

Additional Info: