**Mazzanti, Stephanie (USAARE)**



On Apr 10, 2019, at 1:26 PM, Mazzanti, Stephanie (USAARE) <Stephanie.Mazzanti@usdoj.gov> wrote:

I don't think his gun was ever reported stolen, and have no facts to represent as much to the Court (unless Mr. Session knows something I don't). It isn't an NFA weapon. So, I don't know of any other mechanism to avoid the ACCA. I don't know how USPO is dealing with residential burglaries, but I know we will be taking the position that it qualifies for ACCA purposes unless the 8th circuit says otherwise. The *Sims* briefing was final on 2/22, but I have no idea when they'll issue an opinion. And if they go against us, we might have to go up *en banc*. The only other option I can think of is for him to proffer and see if he has some information that might qualify him for a 5K or Rule 35. We can do it at USMS at the time of a change of plea if he's willing.

If you think you might be asking for a continuance so the ACCA issue can be resolved, can I ask that you file sometime this week so we can all know whether we have to prepare for trial and whether I need to move my flight?

Thanks,
Stephanie



GOVERNMENT EXHIBIT 6

1

